(June 9, 1982)

■ In the Matter of LINDA WEIS, Petitioner, v ELIAS WEIS, Respondent. — Application, insofar as it seeks leave to appeal from order of Family Court, Albany County, dated June 7, 1982, denied, without costs. The order is not appealable as of right (see Family Ct Act, § 1112). Issues raised regarding the order may be reviewed upon an appeal from the order of disposition of the proceeding. Sweeney, J. P., Kane, Main, Casey and Weiss, JJ., concur.